UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-05715-WHO<br><br>**ORDER TO SHOW CAUSE AND<br>RESETTING HEARINGS** |

Plaintiff Paul Collins filed this action for violations of the Fair Credit Reporting Act and the California Consumer Credit Reporting Agencies Act.  Complaint (Dkt. No. 1).  Defendant First Premier Bank filed a motion to compel arbitration (Dkt. No. 21).  Plaintiff has yet to file a response to this motion, which was due December 14, 2016.

Plaintiff is ORDERED TO SHOW CAUSE why his response has not been filed.  Plaintiff shall respond to this order by filing an opposition or non-opposition to the motion to compel arbitration on or before **January 3, 2017**.  First Premier Bank's reply (if any) must be filed be filed on or before **January 10, 2017**.  The January 18, 2017, hearing on this matter is rescheduled for **January 25, 2017**.

Defendant Equifax, Inc.'s motion to dismiss (Dkt. No. 25) remains set for hearing on January 25, 2017.  Plaintiff is reminded that his response to this motion is also due January 3, 2017.  Defendant Experian Information Solutions, Inc.'s motion to dismiss (Dkt. No. 19) is fully briefed and set for a hearing on March 1, 2017.  That matter is reset for **January 25, 2017**, to be heard with the other two pending motions (Dkt. Nos. 21, 25).  Lastly, the initial case management

United States District Court<br>Northern District of California

1   conference set for January 3, 2017, is continued to **January 25, 2017**, as well.

2          **IT IS SO ORDERED**.

3   Dated: December 22, 2016

4   _____
    WILLIAM H. ORRICK

5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2