UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: January 25, 2017 | Time: 41 minutes<br>1:59 p.m. to 2:40 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 16-cv-05689-WHO,<br>16-cv-5702-WHO,<br>16-cv-5715-WHO,<br>16-cv-6318-WHO | Case Name: Mensah v. Experian Information Solutions, Inc., et al.,<br>Sato v. Equifax, Inc., et al.,<br>Collins v. Experian Information Solutions, Inc., et al.,<br>Craven v. Equifax, Inc., et al. | |

**Attorney for Plaintiff:**   Elliot Gale (appearing personally)
**Attorney for Defendant:**   David L. Wallach (appearing personally)
                              Tadeusq McMahon (appearing telephonically)
                              William Ireland (appearing telephonically)
                              Thomas P. Quinn (appearing telephonically)

**Deputy Clerk:** Jean Davis               **Court Reporter:** Lydia Zinn

PROCEEDINGS

Counsel heard as to motions to dismiss in the *Mensah, Collins* and *Sato* cases. The Court gives tentative to grant the motions with leave to amend; written order to follow.

The motion to compel arbitration in *Collins* by First Premier Bank is not opposed and is GRANTED on the record.

The motions to consolidate filed by defendants Experian and Equifax in all cases pending before Judge Orrick, including *Sato* and *Craven*, listed above and set for January 25, and in *Collins, Mensah* (both listed above), *Chavez*, 16-cv-6358 and *Cone*, 16-cv-6359, are all DENIED on the record; the Court's opinion is read in open court, adopting the recent ruling by Judge Gilliam in similar matters.

The Court and counsel have a preliminary discussion about case management. The Court indicates that in the future, it will schedule motions and case management conferences on the same days for convenience of the parties and the Court. The Case Management Conference for all six cases will be held on **February 15, 2017 at 2:00 p.m.,** as will the remaining motions to dismiss (including the motion to dismiss filed by TD Bank USA, National Association in *Cone*, previously set for Feb. 22, 2017). One consolidated Joint Case Management Statement should be filed on **February 8, 2017**. Although the six cases are not formally consolidated, the Joint Statement should address all six, identifying any important differences in the cases. It should be

filed in *Mensah*. It should include the parties' proposed pretrial and trial schedule. The Court indicates that it is inclined to set one trial date that will be held for all cases that have not been resolved by that date, and that the lowest number case will be the one tried that day.

The Court also suggests that for the next round of motions to dismiss, the aligned parties file one consolidated opening brief, one opposition and one reply. If they need slightly more pages because they are addressing several cases instead of one, the Court will be inclined to grant their request.